Label Matrix for local noticing
0539-4
Case 25-40583-mxm11
Northern District of Texas
Ft. Worth
Fri Apr 11 11:18:02 CDT 2025

Christ Presbyterian Church
c/o Winthrop & Weinstine, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629

Cuyahoga Valley Church
5055 E. Wallings Raod
Broadview Heights, Oh 44147-1500

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

Grace Chapel, Inc.
c/o Jacob Sparks
Nelson Mullins Riley & Scarborough LLP
5830 Granite Parkway, Suite 1000
Plano, TX 75024-6781

Mobberly Baptist Church
Andy Hill, Executive Pastor
625 E. Loop 281
Longview, TX 75605-5004

Northridge Church
49555 N. Territorial Road
Plymouth, MI 48170-8200

Resurrection Metropolitan Community Church
2025 W. 11th Street
Houston, TX 77008-6320

Saddleback Valley Community Church
Buck Keenan LLP
c/o J. Robin Lindley
Suite 1000
Houston, TX 77088

Stretto
410 Exchange, Ste 100
Irvine, CA 92602-1331

U.S. Attorney
1100 Commerce, 3rd Floor
Dallas, TX 75242-1074

U.S. Attorney General
Department of Justice
Washington, DC 20001

Vision2Systems LLC
603 Munger Avenue, Suite 375
Dallas, TX 75202-1847

501 W. Tenth Street
Fort Worth, TX 76102-3637

222 Corps Ministries
7519 Glencoe Drive
Cedarburg, WI 53012-8839

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Adopt a Block
2130 Commerce Street
Dallas, TX 75201-4306

Agape Faith Church
2101 Lewisville Clemmons Road
Clemmons, NC 27012-8836

Alive Wesleyan
136 Chastain Road
Central, SC 29630-9760

All For One Church
418 Monroe Highway
Lancaster, SC 29720-6556

Ankeny FUMC
206 SW Walnut
Ankeny, IA 50023-3043

Antioch Community Church
1635 Broadway Street, Suite 113
Pearland, TX 77581-5663

Antioch Galveston
5302 Avenue R
Galveston, TX 77551-5518

Antioch School of Urban Ministry
30 Bacon Pl
Yonkers, NY 10710-1204

Avalon Church
13460 Tanja King Blvd
Orlando, FL 32828-7758

Baruch HaShem
6304 Belt Line Road
Dallas, TX 75254-7867

Bayside Church
3304 43rd Street West
Bradenton, FL 34209-6226

Bayside Church
8211 Sierra College Blvd, Suite 440
Granite Bay, CA 95661-9406

Beazley Group
c/o Bill Eppler
Two Liberty Place
50 S. 16th Street, Suite 2700
Philadelphia, PA 19102-2560

Beazley Group
c/o Kyle D. Young
Benson Firm PLLC
7800 N. Mopac Expy., Suite 112
Austin, TX 78759-8961

Bethel Assembly of God
305 Warehouse Street
Port Lavaca, TX 77979-5551

Bethel Family Ministries
6301 Alabama Street
El Paso, TX 79904-4505

Blackhawk Church
5405 Heron Trail
Middleton, WI 53562-5218

Bridgepointe Christian Church
9 Sheridan Avenue
Rumford, RI 02916-2418

Broadview Baptist Church
2500 S. 27th Street
Abilene, TX 79605-6322

CGC Royalty Investments IV, LP
297 Kingsbury Grade, Suite 228
Lake Tahoe, NV 89449-4470

CGC Royalty Investments IV, LP
c/o Jeff Prostok
Vartabedian Hester & Haynes, LLP
301 Commerce Street, Suite 3635
Fort Worth, Texas 76102-4143

CGC Royalty Investments IV, LP
c/o Lynda L. Lankford
Vartabedian Hester & Haynes, LLP
301 Commerce Street, Suite 3635
Fort Worth, Texas 76102-4143

Calvary Church
1010 N. Tustin Avenue
Santa Ana, CA 92705-3598

Campus Church
1525 Indian Trail Lilburn Road
Norcross, GA 30093-2614

Cancer Blows
289 Duxbury Ct.
Sunnyvale, TX 75182-3218

Cascade Hills Church
727 54th Street
Columbus, GA 31904-4803

Central Christian Church
1001 New Beginnings Drive
Henderson, NV 89011-1606

Central Church
1001 New Beginnings Drive
Henderson, NV 89011-1606

Centreville Baptist Church
15100 Lee Highway
Centreville, VA 20120-2121

Change Point Alaska
6689 Changepoint Drive
Anchorage, AK 99518-1578

Christ Lutheran Ministries
605 S 5th Street
Norfolk, NE 68701-5279

Christ Presbyterian Church
6901 Normandale
Edina, MN 55435-1599

Christ Reformed Church
1621 North Main Street
Anderson, SC 29621-4736

Christ's Church of Oronogo
22145 Kafir Road
Oronogo, MO 64855-9141

Christian Fellowship Church
4100 Millersburg Road
Evansville, IN 47725-7367

Christian Fellowship Church
c/o Dustin T. Gaines
Gaines, Goodspeed & Juba, P.C.
2201 Spinks Road, Suite 208
Flower Mound, TX 75022-4451

Christian Heritage Academy
17297 Glacier Way
Rosemount, MN 55068-1474

Christian Life Center
3406 Rex Road
Rex, GA 30273-1039

Church and Ministry Compliance
Consulting
7601 Burnet Road
Austin, TX 78757-1204

Church for All Nations
6540 Templeton Gap Road
Colorado Springs, CO 80923-1268

Church of God Ministries
2902 Enterprise Drive
Anderson, IN 46013-9667

Church of the Rock
1091 Fairfax Road
Saint Albans, VT 05478-6267

City First Church
5950 Spring Creek Road
Rockford, IL 61114-6448

Coastal Virginia Church
a/k/a Glad Tidings Church
301 S. Newtown Road
Norfolk, VA 23502-5719

Community Bible Church
2477 North Loop 1604 E
San Antonio, TX 78232-1700

Community Shares of Greater Milwaukee
1845 N. Farwell Avenue, Suite 102
Milwaukee, WI 53202-1715

Concord Church
6808 Pastor Bailey Drive
Dallas, TX 75237-2647

Countryside Christian
3635 NE Highway K4
Topeka, KS 66617-3816

Courtney Baptist Church
3341 Courtney Church Road
Yadkinville, NC 27055-8743

Covenant Church
2660 E. Trinity Mills Road
Carrollton, TX 75006-2345

CrossPoint Community Church
1301 12th Street
Modesto, CA 95354-0734

Crosspoint Pearland
1134 Old Alvin Road
Pearland, TX 77581-2508

Cuyahoga Valley Church
5055 E. Wallings Road
Broadview Heights, OH 44147-1500

Cypress Growth Capital, LLC
c/o Richard Dahlson
Jackson Walker L.L.P.
2323 Ross Avenue, Suite 600
Dallas, TX 75201-2725

Damascus Road Community Church
12826 Old National Pike
Mount Airy, MD 21771-5904

Deborah the Brave Ministries
P.O. Box 635
Roswell, NM 88202-0635

Dream Centers of Michigan
6600 Rochester Road
Troy, MI 48085-1352

Eastlake
10057 Broad River Road
Irmo, SC 29063-2362

Encounter Church
8081 East Orchard Road, Suite 135
Greenwood Village, CO 80111-2675

Eternal Kingdom International
2130 Commerce Street
Dallas, TX 75201-4306

Evangelical Alliance Mission
400 S. Main Place
Carol Stream, IL 60188-2407

Evergreen Ministries
4512 48th Avenue
Hudsonville, MI 49426-9407

FBC Beverly Hills
4950 N. Lecanto Hwy
Beverly Hills, FL 34465-2402

Faith Community Church
1040 Paperjack Drive
New Richmond, WI 54017-2463

Faith Lutheran
6000 Morris Road
Flower Mound, TX 75028-3709

Family Community Church
478 Piercy Road
San Jose, CA 95138-1105

Fellowship Ashevill
P.O. Box 16918
Asheville, NC 28816-0918

Firm Foundation Youth Homes
2100 Main Street
Madison, MS 39110-9114

First Baptist Church Canadian, TX
706 Main Street
Canadian, TX 79014-2706

First Baptist Church of Madison
2100 Main Street
Madison, MS 39110-9114

First Baptist Church of Madison
c/o Gene D. Berry
P.O. Box 1631
944 Highway 51, Suite 3 (39110)
Madison, MS 39110-8499

First Baptist Church of Madison, Inc
P.O. Box 1631
P.O. Box 1631
Madison, MS 39130-1631

First Baptist Jenks
11701 S Elm Street
Jenks, OK 74037-2094

First Baptist of Hernado Beach
4446 Shoal Line Blvd
Hernando Beach, FL 34607-2958

First Christian Church
7601 E. Shea Blvd
Scottsdale, AZ 85260-5551

First UMC of Pinellas Park
9025 49th Street North
Pinellas Park, FL 33782-5227

First Unitarian Society
900 University Bay Drive
Madison, WI 53705-2249

Focus International
2130 N. Oliver Avenue
Wichita, KS 67208-2504

Franciscan Friars
420 East 156th Street
Bronx, NY 10455-1232

Franklin First Methodist
303 South Main Street
Franklin, OH 45005-2227

Freedom Gateway Center
31590 Grand River Avenue
Farmington, MI 48336-4232

GPIWE Limited Partnership, LP
Attn: Director of Leasing
5601 Granite Parkway, Suite 1200
Plano, TX 75024-6746

Good Life Church
52645 Office Park Blvd
Bradenton, FL 34203

Grace Chapel
3279 Southall Road
Franklin, TN 37064-6240

Grace Church Napa Valley
3765 Solano Avenue
Napa, CA 94558-2760

Grace Fellowship
4305 19th Avenue
Kearney, NE 68845-8259

Grove Level Baptist
2802 Cleveland Hwy
Dalton, GA 30721-8009

Hanna United Methodist Church
101 W. Hooper Street
Hanna, IN 46340

Harvest Pointe Community Church
P.O. Box 1321 Charles Town
Charles Town, WV 25414-7321

Helena First Assembly of God
2210 Dodge Avenue
Helena, MT 59601-0838

Holy Family Catholic Church
1110 Kabel Drive
New Orleans, LA 70131-3518

Holy Family Catholic Church, Kansas City
20 W 9th St., Ste. 200
20 W 9th St
Kansas City, MO 64105-1704

Holy Spirit Parish
2230 Lake Michigan NW Drive
Grand Rapids, MI 49504-5999

Hope for the City
1001 New Beginnings Drive
Henderson, NV 89011-1606

Immanuel Baptist Church
17935 S. Moonlight Road
Gardner, KS 66030-9432

Impacting Your World Ministries
2901 Chapel Avenue W
Cherry Hill, NJ 08002-1632

Internal Revenue Service
MC 5027 Dal
1100 Commerce Street
Dallas Texas 75242-1100

Jacob's Porch
45 E. 13th Avenue
Columbus, OH 43201-1807

John Davidson Ministries
700 Plaza Drive, Suite A
Secaucus, NJ 07094-3604

Johnson Ferry Baptist Church
955 Johnson Ferry Road
Marietta, GA 30068-4266

Jones Memorial United Methodist Church
2504 Almeda Genoa Road
Houston, TX 77047-4512

Kingdom Community International
10855 Quail Roost Road
Bahama, NC 27503-9294

Koinonia Church
1110 Kabel Drive
New Orleans, LA 70131-3518

Legacy Christian Academy
112 Ridgewood Avenue
Keene, NH 03431-2875

Life Church
6224 Old Pasco Road
Wesley Chapel, FL 33544-3434

Light of the World
3650 17th Street
Sarasota, FL 34235-8102

Love Gospel Assembly
2323 Grand Concourse
Bronx, NY 10468-6801

Love Runs
49555 N. Territorial Road
Plymouth, MI 48170-8200

Lutheran Campus Ministry at Northwestern
8331 Mayflower Drive North
Chesterfield, VA 23235-5113

Lutheran Church of the Redeemer
731 Peachtree Street Northeast
Atlanta, GA 30308-1281

Maranatha Chapel
10752 Coastwood Road
San Diego, CA 92127-2400

McLean Bible Church
8925 Leesburg Pike
Vienna, VA 22182-1742

Menlo Church
1111 University Drive
Menlo Park, CA 94025-4423

Mercy Culture
1701 Oakhurst Scenic Drive
Fort Worth, TX 76111-1544

Mesa Church
7682 Mitchell North 205
Irvine, CA 92614

Messiah Lutheran
1550 S. Poseyville Road
Midland, MI 48640-9599

Mitchell Road Presbyterian Church
207 Mitchell Road
Greenville, SC 29615-2644

Mitchell Road Presbyterian Church
c/o Mark Bakker
104 South Main Street, Suite 900
Greenville, SC 29601-2742

Mobberly Baptist Church
625 East Loop 281
Longview, TX 75605-5004

Mount of Olives
24772 Chrisanta Drive
Mission Viejo, CA 92691-4813

New Creations in Christ
41750 Ranch Las Palmas
Rancho Mirage, CA 92270-5511

North Hills Church
3100 E. Birch Street
Brea, CA 92821-6250

North Sound Church
404 Bell Street
Edmonds, WA 98020-3122

NorthRidge Church
c/o Kyle Carney
Carney Law PLLC
9800 Hillwood Parkway, Suite 140
Fort Worth, TX 76177-1532

Novum Institute
1025 Bunn Drive
Princeton, NJ 08540-1969

Oaks Church
777 S. Interstate 35 E
Red Oak, TX 75154-6221

Official Committee of Unsecured Creditors
c/o Thomas Berghman
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6605

One Church Home
P.O. Box 717
Fairview, TN 37062-0717

One Hope Fellowship
18203 Hillingdon Lane
Tomball, TX 77377-8277

Our Calling
500 S. Haskell Avenue
Dallas, TX 75223-2628

Our Savior Lutheran Church
98-1098 Moanalua Road
Aiea, HI 96701-4699

Overcommer Ministry
P.O. Box 691
Walterboro, SC 29488-0007

Palms Baptist Church
5285 Adobe Road
Twentynine Palms, CA 92277-1805

Park Cities Presbyterian Church
4124 Oak Lawn Avenue
Dallas, TX 75219-3136

Park Community Church
1001 N. Crosby Street
Chicago, IL 60610-2403

Parkside Chapel
3200 East Walnut Avenue
Keller, TX 76248

Paul G. Baldwin
3500 White River Drive
Plano, TX 75025-6611

Peacable Primate Sanctuary
6415 N. 800 West
Winamac, IN 46996-8280

Perimeter Church
919 NE 96th Street
Kansas City, MO 64155-2159

Pine Grove Baptist Church
7454 Highlands Road
Franklin, NC 28734-3517

Preston Trail Community Church
8055 Independence Parkway
Frisco, TX 75035-4614

Real Life Community
16765 Lookout Road
Selma, TX 78154-3809

Real Life Vocational Technical Institute
16765 Lookout Road
Selma, TX 78154-3809

Redemption Church Foothills
13456 Glenoaks Blvd
Sylmar, CA 91342-2048

Restoration Church
2320 Vanderbilt Beach Road
Naples, FL 34109-2779

Resurrection Metropolitan
Community Church
2025 West 11th Street
Houston, TX 77008-6320

Resurrection Metropolitan Community
c/o Aaron Heckaman
Bailey Cowan Heckaman PLLC
1360 Post Oak Boulevard, Suite 2300
Houston, TX 77056-3130

Rolling Hills Church
800 White Rock Road
El Dorado Hills, CA 95762-5524

Saddleback Valley Community Church
1 Saddleback Pkwy
Lake Forest, CA 92630-8700

Saddleback Valley Community Church
c/o J. Robin Lindley and Laura Gleen
Buck Keenan, LLP
2229 San Felipe, Suite 1000
Houston, TX 77019-5674

Saddleback Valley Community Church
c/o Kyle Thomas Carney
Carney Law PLLC
9800 Hillwood Parkway, Suite 140
Fort Worth, TX 76177-1532

Santa Maria Foursquare Church
709 N. Curryer Street
Santa Maria, CA 93458-3607

Saratoga Federated
20390 Park Place
Saratoga, CA 95070-5955

Second First Church
318 N. Church Street
Rockford, IL 61101-1006

Shell Lake Full Gospel Church
W8212 Sand Road
Shell Lake, WI 54871-8860

Shelter Cove Community Church
4242 Coffee Road
Modesto, CA 95357-0808

Springhead Baptist Church
719 R Folsom Road #R
Adel, GA 31620-9793

St. John Armenian Apostolic
275 Olympia Way
San Francisco, CA 94131-1136

St. Joseph Catholic Church
206 SW Walnut
Ankeny, IA 50023-3043

St. Louis King of France Catholic Church
7601 Burnet Road
Austin, TX 78757-1204

St. Paul's Church By The Lake
7100 North Ashland Avenue
Chicago, IL 60626-2502

Statesboro First United Methodist Church
P.O. Box 2048
Statesboro, GA 30459-2048

Syvan Abbey UMC
2817 Sunset Point Road
Clearwater, FL 33759-1606

Tabernacle Baptist Church
P.O. Box 123
Pickton, TX 75471-0123

Tennessee Independent Baptists
P.O. Box 2854
Brentwood, TN 37024-2854

Texas Capital Bank
c/o Chuck Serafino
Waddell Serafino
1717 Main Street, 25th Floor
Dallas, TX 75201-4612

The Chapel of Hickory
410 26th Avenue NE
Hickory, NC 28601-1528

The Crossing Church
10130 Tuscany Ridge
Tampa, FL 33619-5014

The Crossing Church
c/o Byron K. Henry and Joshua D. Wahl
Scheef & Stone, L.L.P.
2600 Network Boulevard, Suite 400
Frisco, TX 75034-6010

The Diocese of Pensacola-Tallahassee
11 North B Street
Pensacola, FL 32502-4601

The Garden Mission
1779 Tall Tree Drive E
Jacksonville, FL 32246-7285

The Gathering
218 Eglin Pkwy NE
Fort Walton Beach, FL 32547-2857

The Hidding Place
1029 Elm Road
Halethorpe, MD 21227-3935

The Way - Woodstock Church
7745 Main Street
Woodstock, GA 30188-1691

The Well Community Church
2044 E. Nees Avenue
Fresno, CA 93720-0233

Toledo Church of Christ
2740 W. Central Avenue
Toledo, OH 43606-3452

Triangle Center
559 Jones Franklin Road
Raleigh, NC 27606-7622

U.S. Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935-4910

United Church of Jesus Christ
3936 Bronxwood Avenue
Bronx, NY 10466-4515

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

United Way of Albany County
2204 Orrington Avenue
Evanston, IL 60201-2818

United Way of Butler County
710 E. Garfield Street, Suite 240
Laramie, WY 82070-3986

United Way of Greater Milwaukee
225 W. Vine Street
Milwaukee, WI 53212-3935

United Way of Greater Philadelphia
and Southern New Jersey
1709 Benjamin Franklin Pkwy
Philadelphia, PA 19103-1208

United Way of Laramie
1007 E. Lincolnway
Cheyenne, WY 82001-4843

University of Mary Hardin-Baylor
900 College Street
Belton, TX 76513-2599

Valley Bible Church
1477 Willow Avenue
Hercules, CA 94547-3807

Valley Bible Church
3021 S. Sullivan Road
Veradale, WA 99037-9053

Valley Church
4343 Fuller Road
West Des Moines, IA 50265-5319

Victory Life Church
3412 W. University Blvd
Durant, OK 74701-2985

Vieux Carre Baptist
711 Dauphine Street
New Orleans, LA 70116-3016

Vine Church
2501 Gallows Road
Dunn Loring, VA 22027-1311

Water from the Rock
402 N.L. Robinson Drive
Arlington, TX 76011-7484

West Park Baptist Church
4004 West Lake Ida Road
Delray Beach, FL 33445-2339

Woodside Bible Church
6600 Rochester Road
Troy, MI 48085-1352

World Changers
2500 Burdett Road
College Park, GA 30349-4208

Camber Jones
Spencer Fane
2144 E. Republic Road
Suite B300
Springfield, MO 65804-4880

Jason Patrick Kathman
Spencer Fane LLP
5700 Granite Parkway, Suite 650
Plano, TX 75024-6812

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CGC Royalty Investments IV, LP

(u)Church of God Ministries, Inc.

(u)The Official Committee of Unsecured Credit

(d)Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

(d)NorthRidge Church
49555 N. Territorial Road
Plymouth, MI 48170-8200

(u)Carl Tierney

(u)Megan Clontz

(u)Paul Baldwin

End of Label Matrix
Mailable recipients   213
Bypassed recipients     8
Total                 221